```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
```

_____
                                    :
REGINALD HOPKINS,                   :
                                    :
          Plaintiff,                :   Civ. No. 17-779 (NLH)
                                    :
     v.                             :   ORDER
                                    :
MS. RIVERA, et al.,                 :
                                    :
          Defendants.               :
_____:

For the reasons expressed in the accompanying Opinion,

IT IS on this __27th__ day of __February__, 2017,

ORDERED that Plaintiff's application to proceed in forma pauperis is DENIED; and it is further

ORDERED that the Clerk of the Court shall supply to Plaintiff a blank form entitled "Affidavit of Poverty and Account Certification (Civil Rights) (DNJ-ProSe-007-A-(Rev.05/2013))," to be used by Plaintiff in any future application to proceed in forma pauperis; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee; and it is further

ORDERED that if Plaintiff wishes to re-open this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, at

    Mitchell H. Cohen Building and U.S. Courthouse, Fourth
    and Cooper Streets, Camden, New Jersey, 08101,

within 45 days after the date of entry of this Order; and it is further

    ORDERED that Plaintiff's writing shall include either (1) a complete in forma pauperis application, including an affidavit of indigence and a certified copy of Plaintiff's trust fund account statement showing each individual transaction that occurred during the six month period immediately preceding the filing of the Complaint, or (2) the $350 filing fee plus the $50 administrative fee; and it is further

    ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

At Camden, New Jersey

    s/ Noel L. Hillman
    NOEL L. HILLMAN, U.S.D.J.